FILED - SOUTHERN DIVISION
AUG - 1 2008
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

ENT JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ROBERT MANNINO, | Case No. EDCV 08-00659 VBF (AN) |
| Petitioner, | **JUDGMENT** |
| v. | |
| WARDEN, CSP SOLANO, et al., | |
| Respondents. | |

   IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the accompanying Memorandum and Order.

Dated: July 31, 2008

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG - 1 2008
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY